**Form 224**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Todd Henry**
    Debtor(s)

Bankruptcy Case No.: 17−23619−CMB

Chapter: 13
Docket No.: 15 − 1

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **September 8, 2017** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **October 13, 2017** and failure to meet that deadline would result in the dismissal of the case.

As of **October 17, 2017,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                                              Michael R. Rhodes
                                              Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: October 17, 2017                                         Carlota M. Bohm
                                                                       United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23619-CMB
Todd Henry                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Oct 17, 2017
                              Form ID: 224            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2017.
db             +Todd Henry,    918 Adams Street,    New Castle, PA 16101-4402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14689358        EDI: CAPITALONE.COM Oct 18 2017 01:08:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14689362        EDI: CBSAAFES.COM Oct 18 2017 01:08:00      Military Star,    3911 S Walton Walker Blv,
                 Dallas, TX 75236
14689359       +EDI: CHRM.COM Oct 18 2017 01:08:00      Chrysler Capital,    Po Box 961275,
                 Fort Worth, TX 76161-0275
14692441        EDI: DISCOVER.COM Oct 18 2017 01:08:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14689360       +EDI: DISCOVER.COM Oct 18 2017 01:08:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14689361       +EDI: CBSKOHLS.COM Oct 18 2017 01:08:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14689363       +EDI: NAVIENTFKASMSERV.COM Oct 18 2017 01:08:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14689364       +EDI: AGFINANCE.COM Oct 18 2017 01:08:00      Onemain,    Po Box 1010,   Evansville, IN 47706-1010
14689365       +E-mail/Text: bankruptcydepartment@tsico.com Oct 18 2017 01:14:23       Transworld Sys Inc/51,
                 500 Virginia Dr Ste 514,    Ft Washington, PA 19034-2707
14689366        EDI: USBANKARS.COM Oct 18 2017 01:08:00      Us Bk Rms Cc,    Po Box 108,   Saint Louis, MO 63166
14689367       +E-mail/Text: BKRMailOps@weltman.com Oct 18 2017 01:14:04       Weltman, Weinber & Reis Co., LPA,
                 436 Seventh Avenue, Suite 1400,    Pittsburgh, PA 15219-1827
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Todd  Henry ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4